IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GEMALTO S.A., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:10-cv-561-LED |
| | § | |
| HTC CORPORATION, HTC AMERICA, | § | JURY TRIAL DEMANDED |
| INC., EXEDEA, INC., SAMSUNG | § | |
| ELECTRONICS CO., LTD., SAMSUNG | § | |
| TELECOMMUNICATIONS AMERICA | § | |
| LLC, MOTOROLA, INC., and | § | |
| GOOGLE INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING JOINT STIPULATED MOTION TO
DISMISS MOTOROLA, INC. WITHOUT PREJUDICE**

CAME BEFORE THE COURT the Joint Stipulated Motion to Dismiss Motorola, Inc. (now known as Motorola Solutions, Inc.) Without Prejudice.

Having reviewed the Joint Stipulated Motion, the Court finds it should be GRANTED.  It is therefore ORDERED that Motorola, Inc. (now known as Motorola Solutions, Inc.) is dismissed in accordance with the representations and stipulations set forth in the stipulated motion, without prejudice to reinstate and without an award of fees or costs.

**So ORDERED and SIGNED this 28th day of February, 2011.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**