**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| GEMALTO S.A., § § Plaintiff, § v. § HTC CORPORATION, HTC AMERICA, INC., EXEDEA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA LLC, MOTOROLA MOBILITY, INC., and GOOGLE INC., § § § Defendants. § | Civil Action No. 6:10-CV-561-LED  JURY TRIAL DEMANDED |

**PLAINTIFF GEMALTO S.A.'S NOTICE OF COMPLIANCE WITH P.R. 4-1**

**DISCLOSURES**

Plaintiff Gemalto S.A. hereby gives notice that Pursuant to P.R. 4-1(a) it served the disclosures required by P.R. 4-1 on December 2, 2011.

McKool 404565v1

Dated: December 5, 2011							Respectfully submitted,

/s/ Sam Baxter
Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile: (903) 923-9099

Robert A. Cote
rcote@mckoolsmith.com
Shahar Harel
sharel@mckoolsmith.com
Kevin Schubert
kschubert@mckoolsmith.com
MCKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Peter J. Ayers
Texas State Bar No. 24009882
payers@mckoolsmith.com
Geoffrey L. Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Ste. 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Facsimile:  (512) 692-8744

**ATTORNEYS FOR PLAINTIFF GEMALTO S.A.**

2

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on this the 5th Day of December, 2011.  Local Rule CV-5(a)(3)(A).

                                                           /s/ Shahar Harel
                                                               Shahar Harel