**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **GEMALTO S.A.,** | § | |
| *Plaintiff*, | § § § | |
| vs. | § § | CASE NO. 6:10-CV-561 LED-JDL |
| **HTC CORPORATION, et al.,** | § § § | |
| *Defendants*. | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("Report"), which contains his proposed findings of fact and recommendation for the disposition of such action, has been presented for consideration (Doc. No. 241). The Magistrate Judge recommends granting-in-part Defendants' Motion for Summary Judgment of Invalidity for Indefiniteness (Doc. No 181). No party has filed objections to the Report. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

So ORDERED and SIGNED this 27th day of July, 2012.



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE