IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GEMALTO S.A., | § § § § | |
| *Plaintiff*, | | |
| vs. | § § § | CASE NO. 6:10-CV-561 LED-JDL |
| HTC CORPORATION, et al., | § § § § | |
| *Defendants*. | | |

## ORDER

Before the Court is Defendants' Motion for a Protective Order (Doc. No. 257). Upon consideration of the Motion, the Court finds the Motion should be **DENIED.**

**So ORDERED and SIGNED this 4th day of September, 2012.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE