IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GEMALTO S.A., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CASE NO. 6:10-CV-561 LED-JDL |
| | § | |
| HTC CORPORATION, et al., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## ORDER

Before the Court is Defendants'[1] Motion to Strike Plaintiff Gemalto S.A.'s Second Amended Infringement Contentions (Doc. No. 266) (Motion). The matter has been fully briefed (Doc. Nos. 270, 271, 272). Upon consideration of the parties' arguments, the Motion is **DENIED**. The parties are further **ORDERED** to meet and confer on any necessary discovery deadline extensions in the Docket Control Order and any extension of the P.R. 3-6 (a)(2) deadline to amend invalidity contentions.

**So ORDERED and SIGNED this 2nd day of October, 2012.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

---

[1] Moving Defendants are: Exedea, Inc., Google Inc., HTC America Inc., HTC Corporation, Motorola Mobility LLC, Motorola, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America LLC (Collectively "Defendants").