**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **GEMALTO S.A.,** | § | |
| | § | |
| **vs.** | § | |
| | § | **CASE NO.  6:10cv561 LED-JDL** |
| **HTC CORPORATION, ET AL.** | § | |
| | § | |

**ORDER**

Before the Court is Plaintiff Gemalto SA's ("Gemalto") Emergency Motion to Amend

the Docket Control Order (Doc. No. 283). Defendants[1] filed a Response (Doc. No. 286) and

Gemalto filed a Reply (Doc. No. 288). Upon consideration, the Motion is **GRANTED** and

Defendants' requested relief as set forth in the Response is **DENIED**. The Docket Control Order

is amended as follows:

| DESCRIPTION OF EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Amended Invalidity Contentions | N/A | Fri., 10/23/12 |
| Fact Discovery Deadline | 10/22/2012 | Fri., 11/2/12 |
| Parties with burden of proof designate expert witnesses (non-construction issues).  Expert witness reports due. | 10/26/2012 | Fri., 11/16/12 |
| Deadline to File Letter Briefs for MSJ | 11/1/2012 | Fri., 11/30/12 |
| Parties designate rebuttal expert witnesses (non-claim construction issues), Rebuttal expert witness reports due. | 11/16/2012 | Fri., 12/14/12 |
| Close of expert discovery | 11/21/2012 | Fri., 1/11/13 |
| Dispositive Motions due | 12/11/2012 | Fri., 1/18/13 |

---

[1] Moving defendants are: Exedea, Inc., Google Inc., HTC America Inc., HTC Corporation, Motorola Mobility LLC, Samsung Electronics Co., LTD., Samsung Telecommunications America LLC (Collectively "Defendants").

| DESCRIPTION OF EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Deadline to file letter briefs for Daubert motions | | Fri., 1/18/13 |
| Parties to Identify Trial Witnesses; Amend Pleadings (after Markman) | 12/7/2012 | Fri., 1/25/13 |
| Joint Pretrial Order, Joint Proposed Jury Instructions, and Form of Verdict.  Notice of request for daily transcript or real time reporting of court proceedings | 1/18/2013 | Fri., 1/25/13 |
| Pretrial Disclosures due.  Video and Stenographic Deposition Designations due. | 1/19/2013 | Fri., 1/25/13 |
| Second mediation to be completed | 1/21/2013 | Wed., 1/30/13 |
| Parties to Identify Rebuttal Trial Witnesses | 12/14/2012 | Fri., 2/8/13 |
| Rebuttal Designations and Objections to Deposition Testimony due. | 1/28/2013 | Fri., 2/8/13 |

**So ORDERED and SIGNED this 23rd day of October, 2012.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE