IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GEMALTO S.A.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HTC CORPORATION, HTC AMERICA, INC., EXEDEA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA LLC, MOTOROLA MOBILITY LLC, and GOOGLE INC.,<br><br>　　Defendants. | Civil Action No. 6:10-CV-561-LED<br><br>JURY TRIAL DEMANDED |

## **ORDER AMENDING THE DOCKET CONTROL ORDER**

Having considered the Joint Motion to Amend the Docket Control Order, the Court finds that the motion should be GRANTED.

The Docket Control Order is modified as set forth below:

| DESCRIPTION OF EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Defendants to narrow prior art references pursuant to the Court's 10/23/2012 Order (D.I. 293) | Tues., 12/4/12 | Thurs., 12/6/12 |
| Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. | Tues., 12/4/12 | Thurs., 12/6/12 |
| Deadline to file motions to further limit the number of asserted claims or prior art references/combinations (D.I. 293) | Tues., 12/4/12 | Fri., 12/7/12 |
| Parties designate rebuttal expert witnesses (non-claim construction issues), Rebuttal expert witness reports due. | Fri., 1/11/13 | Tues., 1/15/13 |
| Close of expert discovery | Wed., 1/30/13 | Fri., 2/1/13 |
| Deadline to file letter briefs for Daubert motions | Fri., 2/1/13 | Tues., 2/5/13 |

| DESCRIPTION OF EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Dispositive Motions due | Wed., 1/30/13 | Fri., 2/1/13 |
| Parties to Identify Trial Witnesses; Amend Pleadings (after Markman) | Fri., 2/1/13 | Tues., 2/5/13 |
| Joint Pretrial Order, Joint Proposed Jury Instructions, and Form of Verdict. Notice of request for daily transcript or real time reporting of court proceedings | Fri., 2/1/13 | Tues., 2/5/13 |
| Pretrial Disclosures due. Video and Stenographic Deposition Designations due. | Fri., 2/1/13 | Tues., 2/5/13 |
| Parties to Identify Rebuttal Trial Witnesses | Fri., 2/8/13 | Tues., 2/12/13 |
| Rebuttal Designations and Objections to Deposition Testimony due. | Fri., 2/8/13 | Tues., 2/12/13 |

**So ORDERED and SIGNED this 5th day of December, 2012.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE