IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GEMALTO S.A., § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. 6:10-CV-561-LED |
| § | |
| HTC CORPORATION, HTC AMERICA, § | JURY TRIAL DEMANDED |
| INC., EXEDEA, INC., SAMSUNG § | |
| ELECTRONICS CO., LTD., SAMSUNG § | |
| TELECOMMUNICATIONS AMERICA § | |
| LLC, MOTOROLA MOBILITY, INC., and § | |
| GOOGLE INC., § | |
| § | |
| Defendants. § | |

## ORDER ON UNOPPOSED MOTION TO AMEND THE DOCKET CONTROL ORDER

After considering Plaintiff Gemalto S.A.'s Unopposed Motion to Amend the Docket Control Order, the Court is of the opinion that it should be GRANTED.

The Court hereby AMENDS the Docket Control Order as follows:

| DESCRIPTION OF EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Gemalto to file its opposition to Defendants' Motion for Summary Judgment of Non-infringement | 12/13/2012 | 12/17/2012 |
| Defendants to file their reply in support of their Motion for Summary Judgment of Non-infringement | 12/28/2012 | 1/3/2013 |

**So ORDERED and SIGNED this 14th day of December, 2012.**

*[signature: John D. Love]*

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE