# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| GEMALTO S.A., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:10-CV-561-LED |
| | § | |
| HTC CORPORATION, HTC AMERICA, | § | JURY TRIAL DEMANDED |
| INC., EXEDEA, INC., SAMSUNG | § | |
| ELECTRONICS CO., LTD., SAMSUNG | § | |
| TELECOMMUNICATIONS AMERICA | § | |
| LLC, MOTOROLA MOBILITY LLC, and | § | |
| GOOGLE INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING JOINT AGREED MOTION FOR ORAL HEARING AND SETTING REGARDING SAME

Having considered Plaintiff and Defendants' (the "Parties") Joint Agreed Motion for Oral Hearing requesting a hearing on Defendants' Motion for Summary Judgment of Non-Infringement (Dkt. 306), filed under seal on November 16, 2012, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that a hearing is set for February 12, 2013 at 9:30 a.m.

**So ORDERED and SIGNED this 20th day of December, 2012.**

*[signature: John D. Love]*

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE