# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| GEMALTO S.A., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, HTC AMERICA, INC., EXEDEA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA LLC, MOTOROLA MOBILITY LLC, and GOOGLE INC., <br><br> Defendants. | Civil Action No. 6:10-CV-561-LED <br><br> JURY TRIAL DEMANDED |

## ORDER AMENDING THE DOCKET CONTROL ORDER

Having considered the Agreed Motion to Amend the Docket Control Order, the Court finds that the motion should be GRANTED.

The Docket Control Order is modified as set forth below:

| DESCRIPTION OF EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Gemalto's supplemental opening expert witness reports due | | Tues., Jan. 22, 2013 |
| Defendants' rebuttal(s) to supplemental opening expert witness reports due | | Tues., Feb. 5, 2013 |

**So ORDERED and SIGNED this 23rd day of January, 2013.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

03450.51796/5140578.1