# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| GEMALTO S.A., § § Plaintiff, § v. § § HTC CORPORATION, HTC AMERICA, § INC., EXEDEA, INC., SAMSUNG § ELECTRONICS CO., LTD., SAMSUNG § TELECOMMUNICATIONS AMERICA § LLC, MOTOROLA MOBILITY, INC., and § GOOGLE INC. § § Defendants. § | Civil Action No. 6:10-CV-561-LED<br><br>JURY TRIAL DEMANDED |

## ORDER AMENDING THE DOCKET CONTROL ORDER

Having considered the Agreed Motion to Amend Docket Control Order, the Court finds that the motion should be GRANTED.

The Docket Control Order is modified as set forth below:

| DESCRIPTION OF EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Deadline to complete the depositions of Don Reifer, Greg Leonard, Hugh Smith, and Jack Davidson | Fri., Feb. 1, 2013 | Fri., Feb. 22, 2013 |

**So ORDERED and SIGNED this 4th day of February, 2013.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

McKool 857990v1                    1