# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| GEMALTO S.A., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 6:10-CV-561-LED |
| § | |
| HTC CORPORATION, HTC AMERICA, § | JURY TRIAL DEMANDED |
| INC., EXEDEA, INC., SAMSUNG § | |
| ELECTRONICS CO., LTD., SAMSUNG § | |
| TELECOMMUNICATIONS AMERICA § | |
| LLC, MOTOROLA MOBILITY LLC, and § | |
| GOOGLE INC., § | |
| § | |
| Defendants. § | |

## DEFENDANT'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REAL-TIME REPORTING OF TRIAL PROCEEDINGS

Pursuant to the Court's Docket Control Order of December 5, 2012 (Dkt. 318), Defendants hereby provide notice to the Court of their request for daily transcript and real-time reporting of the trial proceedings in this matter.

A copy of this request will also be delivered to the Court Reporter, Shea Sloan, at shea_sloan@txed.uscourts.gov, pursuant to the instructions in the Court's Docket Control Order.

Date:  February 5, 2012.                    Respectfully submitted,

By:   *Michael E. Jones*
POTTER MINTON, P.C.
A Professional Corporation
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Sean Pak
seanpak@quinnemanuel.com
50 California Street, 22nd Floor, San Francisco,
California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants HTC Corporation, HTC America, Inc., Exedea, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America LLC, Motorola Mobility, Inc., and Google Inc.

-3-

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on February 5, 2013. Local Rule CV-5(a)(3)(A).

                                                  *Michael E. Jones*