IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GEMALTO S.A., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:10-CV-561-LED |
| | § | |
| HTC CORPORATION, HTC AMERICA, | § | JURY TRIAL DEMANDED |
| INC., EXEDEA, INC., SAMSUNG | § | |
| ELECTRONICS CO., LTD., SAMSUNG | § | |
| TELECOMMUNICATIONS AMERICA | § | |
| LLC, MOTOROLA MOBILITY LLC, and | § | |
| GOOGLE INC., | § | |
| | § | |
| Defendants. | § | |

## AGREED MOTION TO RELIEVE PARTIES OF UPCOMING DEADLINES

Whereas Defendants' deadline to oppose Plaintiff's Cross-Motion for Summary Judgment (Dkt. 404) is February 28, 2013, and in light of the Court's February 25, 2013 Report and Recommendations Granting Defendants' Motion for Summary Judgment of Non-Infringement (Dkt. 433) and the Court's February 25, 2013 Notice that the Pretrial Conference set for February 26, 2013 was cancelled (Dkt. 434), Defendants request that the Court relieve the parties of all current docket control order deadlines in this matter, including the deadline to oppose Plaintiff's Cross-Motion for Summary Judgment, jury selection, and trial, pending resolution of Gemalto's forthcoming written objections to the findings, conclusions, and recommendations contained in the February 25, 2013 Report and Recommendations of United States Magistrate Judge (Dkt. 433) (the "Objections"). Plaintiff does not oppose this request, and an agreed order is attached for the Court's convenience. To the extent the Objections are

sustained, the parties agree to promptly meet and confer to negotiate new docket control deadlines, as may be appropriate.

Dated: February 28, 2013                                    Respectfully submitted,

By: /s/ David A. Perlson
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, P.C.
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

David A. Perlson
davidperlson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22$_{nd}$ Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

**ATTORNEYS FOR DEFENDANTS GOOGLE INC., HTC CORPORATION, HTC AMERICA, INC., EXEDEA, INC., MOTOROLA MOBILITY LLC, SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on this the 28th day of February, 2013. Local Rule CV-5(a)(3)(A).

/s/ *Andrea Pallios Roberts*

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 28, 2013 counsel for the parties conferred and agreed to this motion and thereby complied with the meet and confer requirement in Local Rule CV-7(h). The parties agree to this motion.

/s/ *Andrea Pallios Roberts*