IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GEMALTO S.A., | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:10-CV-561-LED |
| HTC CORPORATION, HTC AMERICA, INC., EXEDEA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA LLC, MOTOROLA MOBILITY LLC, and GOOGLE INC., | § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## [PROPOSED] ORDER GRANTING AGREED MOTION TO RELIEVE PARTIES OF UPCOMING DEADLINES

The Court has considered Defendants' Agreed Motion to Relieve Parties of Upcoming Deadlines. Having reviewed the Agreed Motion, the Court finds it should be GRANTED. It is therefore ORDERED that the parties are relieved of all current docket control order deadlines in this matter, including Defendants' deadline to oppose Plaintiff's Cross-Motion for Summary Judgment and the deadlines for jury selection and trial pending resolution of Gemalto's forthcoming written objections to the findings, conclusions and recommendations contained in the February 25, 2013 Report and Recommendations of United States Magistrate Judge (Dkt. 433) (the "Objections"). To the extent the Objections are sustained, the parties are directed to meet and confer to negotiate new docket control deadlines, as may be appropriate.