IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GEMALTO S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:10cv561 LED-JDL |
| | § | |
| HTC CORPORATION, et al, | § | JURY DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("Report"), which contains his proposed findings of fact and recommendation for the disposition of such action, has been presented for consideration (Doc. No. 433). The Magistrate Judge recommends granting Defendants'[1] Motion for Summary Judgment of Non-Infringement (Doc. No. 306). Plaintiff Gemalto S.A. ("Gemalto") filed objections to the Report (Doc. No. 437), Defendants have filed a Response (Doc. No. 440), and Plaintiff has filed a Reply (Doc. No. 442).

Upon review of the submissions, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of

---

[1] Moving Defendants are: Exedea, Inc., Google Inc., HTC America Inc., HTC Corporation, Motorola Mobility LLC, Samsung Electronics Co., LTD., Samsung Telecommunications America LLC (collectively "Defendants").

the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, all objections are overruled and Defendants' Motion for Summary Judgment is **GRANTED.**

      **So ORDERED and SIGNED this 15th day of April, 2013.**

                                      **LEONARD DAVIS**
                                      **UNITED STATES DISTRICT JUDGE**