IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **GEMALTO S.A.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:10cv561 LED-JDL |
| | § | |
| **HTC CORPORATION, et al,** | § | JURY DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## FINAL JUDGMENT

Pursuant to this Court's Order Granting Summary Judgment of Non-infringement as to all claims (Doc. No. 443), the Court hereby enters final judgment. It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 16th day of April, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**