IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GEMALTO S.A., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:10-CV-561-LED |
| | § | |
| HTC CORPORATION, HTC AMERICA, | § | JURY TRIAL DEMANDED |
| INC., EXEDEA, INC., SAMSUNG | § | |
| ELECTRONICS CO., LTD., SAMSUNG | § | |
| TELECOMMUNICATIONS AMERICA | § | |
| LLC, MOTOROLA MOBILITY LLC, and | § | |
| GOOGLE INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Gemalto S.A. in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on April 16, 2013 (Dkt. No. 444), and from any and all other judgments, orders, opinions, rulings, and findings pertinent or ancillary to the foregoing, including without limitation the June 28, 2012 Memorandum Opinion and Order (Dkt. No. 242); the August 9, 2012 Order (Dkt. No. 251); the February 25, 2013 Report and Recommendation of United States Magistrate Judge (Dkt. No. 433); and the April 15, 2013 Order Adopting Report and Recommendation of United States Magistrate Judge (Dkt. No. 443).

Payment of the required fee of $455, representing the $450 fee for docketing a case on appeal specified in 28 U.S.C. § 1913, and the $5 fee for filing a notice of appeal specified in 28 U.S.C. § 1917, is provided with this Notice of Appeal.

| Dated: May 3, 2013 | Respectfully submitted, |
|---|---|
| | */s/ Sam Baxter* <br> Sam Baxter <br> Texas State Bar No. 01938000 <br> sbaxter@mckoolsmith.com <br> MCKOOL SMITH, P.C. <br> 104 East Houston, Suite 300 <br> Marshall, Texas 75670 <br> Telephone: (903) 923-9000 <br> Facsimile: (903) 923-9099 |

| | |
|---|---|
| Robert A. Cote <br> rcote@mckoolsmith.com <br> Radu A. Lelutiu <br> rlelutiu@mckoolsmith.com <br> Shahar Harel <br> sharel@mckoolsmith.com <br> Kevin Schubert <br> kschubert@mckoolsmith.com <br> Angela Vorpahl <br> avorpahl@mckoolsmith.com <br> MCKOOL SMITH, P.C. <br> One Bryant Park, 47th Floor <br> New York, New York 10036 <br> Telephone: (212) 402-9400 <br> Facsimile: (212) 402-9444 | Pierre Hubert <br> phubert@mckoolsmith.com <br> Laurie L. Fitzgerald <br> lfitzgerald@mckoolsmith.com <br> Todd Bellaire <br> tbellaire@mckoolsmith.com <br> Christopher J. Mierzejewski <br> cmierzejewski@mckoolsmith.com <br> MCKOOL SMITH, P.C. <br> 300 W. 6th St., Ste. 1700 <br> Austin, Texas 78701 <br> Telephone: (512) 692-8700 <br> Facsimile: (512) 692-8744 |
| Dirk D. Thomas <br> dthomas@mckoolsmith.com <br> MCKOOL SMITH, P.C. <br> 1999 K Street, NW <br> Suite 600 <br> Washington, DC 20006 <br> Telephone: (202) 370-8302 <br> Facsimile: (202) 370-8344 | |
| | **ATTORNEYS FOR PLAINTIFF GEMALTO, S.A.** |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5(a)(7), the undersigned certifies that the foregoing document was filed electronically on May 3, 2013.  As such, counsel for Plaintiffs has served this Notice of Appeal in electronic form on all counsel who have consented to electronic service.

*/s/ Radu A. Lelutiu*
Radu A. Lelutiu
