IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GEMALTO S.A., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:10-CV-561-LED |
| | § | |
| HTC CORPORATION, HTC AMERICA, | § | JURY TRIAL DEMANDED |
| INC., EXEDEA, INC., SAMSUNG | § | |
| ELECTRONICS CO., LTD., SAMSUNG | § | |
| TELECOMMUNICATIONS AMERICA | § | |
| LLC, MOTOROLA MOBILITY LLC, and | § | |
| GOOGLE INC., | § | |
| | § | |
| Defendants. | § | |

# AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiff Gemalto S.A. in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Amended Final Judgment entered in this action on August 5, 2013 (Dkt. No. 465), and from any and all other judgments, orders, opinions, rulings, and findings pertinent or ancillary to the foregoing, including without limitation June 28, 2012 Memorandum Opinion and Order (Dkt. No. 242); the August 9, 2012 Order (Dkt. No. 251); the February 25, 2013 Report and Recommendation of United States Magistrate Judge (Dkt. No. 433); the April 15, 2013 Order Adopting Report and Recommendation of United States Magistrate Judge (Dkt. No. 443); the April 16, 2013 Judgment (Dkt. No. 444); and the June 27, 2013 Order Granting in Part Defendants' Motion for Taxation of Costs (Dkt. No. 459).

1

McKool 919431v1

Pursuant to the August 13, 2013 Joint Stipulation (Dkt. No. 468), the parties have agreed that a supersedeas bond is not necessary to protect Defendants' interests pending Plaintiff's appeal of this case.

Payment of the $5 fee for filing a notice of appeal specified in 28 U.S.C. § 1917 is provided with this Amended Notice of Appeal. Payment of the $450 fee for docketing a case on appeal specified in 28 U.S.C. § 1913 was provided with the Notice of Appeal filed on May 3, 2013.

Dated: August 26, 2013                    Respectfully submitted,


*/s/ Sam Baxter*
Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

| | |
|---|---|
| Robert A. Cote<br>rcote@mckoolsmith.com<br>Radu A. Lelutiu<br>rlelutiu@mckoolsmith.com<br>Shahar Harel<br>sharel@mckoolsmith.com<br>Kevin Schubert<br>kschubert@mckoolsmith.com<br>Angela Vorpahl<br>avorpahl@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>One Bryant Park, 47th Floor<br>New York, New York 10036<br>Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 | Pierre Hubert<br>phubert@mckoolsmith.com<br>Laurie L. Fitzgerald<br>lfitzgerald@mckoolsmith.com<br>Todd Bellaire<br>tbellaire@mckoolsmith.com<br>Christopher J. Mierzejewski<br>cmierzejewski@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 W. 6th St., Ste. 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744 |
| Dirk D. Thomas<br>dthomas@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>1999 K Street, NW<br>Suite 600<br>Washington, DC 20006<br>Telephone: (202) 370-8302<br>Facsimile: (202) 370-8344 | |
| | **ATTORNEYS FOR PLAINTIFF GEMALTO, S.A.** |

McKool 919431v1

## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5(a)(7), the undersigned certifies that the foregoing document was filed electronically on August 26, 2013. As such, counsel for Plaintiffs has served this Notice of Appeal in electronic form on all counsel who have consented to electronic service.

*/s/ Radu A. Lelutiu*
Radu A. Lelutiu
